IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

CYNTHIA GAIL RODRIGUEZ         §
                              §
                              §
VS.                           §    ACTION NO. 4:12-CV-825-Y
                              §
CAROLYN W. COLVIN, Acting      §
Commissioner of Social Security §

<u>ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND CONCLUSIONS</u>

On December 2, 2013, the United States magistrate judge issued his proposed findings, conclusions, and recommendation in the above-styled and numbered cause and gave all parties until December 16 to serve and file with the Court written objections to his decision. No written objections have been received from either party. *See Douglass v. United Servs. Auto. Assoc.*, 79 F.3d 1415, 1428-29 (5th Cir. 1996). As a result, in accordance with 28 U.S.C. § 636(b)(1), *de novo* review is not required. Nevertheless, the Court has reviewed the magistrate judge's findings, conclusions, and recommendation for plain plain error and has found none.

Thus, after consideration of this matter, the Court concludes that the findings and conclusions of the magistrate judge should be and are hereby ADOPTED as the findings and conclusions of this Court. It is, therefore, ORDERED that the decision of the Commissioner is REVERSED, and this cause is REMANDED to the Commissioner for further administrative proceedings consistent with this Court's decision, as articulated by the magistrate judge.

SIGNED December 19, 2013.

TERRY R. MEANS
UNITED STATES DISTRICT JUDGE